UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA ALLEN STRICKLIN　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #138119

V.　　　　　No. 5:18CV00100-JM-JTR

STARK, Captain,
Cummins Unit, ADC, *et al.*　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 8th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE